[NOT FOR PUBLICATION]

United States Court of Appeals
For the First Circuit


No. 96-2361

JERRY SANDSTROM,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nancy J. Gertner, U.S. District Judge] 



Before

Torruella, Chief Judge, 

Bownes, Senior Circuit Judge, 

and Stahl, Circuit Judge.  



Elizabeth McDonough Noonan, with whom Peter Lawson Kennedy 
and Adler Pollock & Sheehan Incorporated were on brief for 
appellant.
Mary Elizabeth Carmody, Assistant United States Attorney, 
Senior Litigation Counsel, with whom Donald K. Stern, United 
States Attorney, was on brief for appellee.



April 24, 1997


Per Curiam. Upon consideration of the record, briefs, Per Curiam. 

and argument of counsel, the district court's judgment and its

denial of appellant's motion for a new trial are affirmed. affirmed 

Costs on appeal are awarded to appellee. Costs on appeal are awarded to appellee. 

-2-